IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2006 FEB 27 PM 4: 11

OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 4:06CR3020 |
| RAMI NASRI TASHMAN, | ) |
| Defendant. | ) ORDER |

IT IS ORDERED:

Defendant's letter request to file motion under seal is granted and defendant's Motion to Reopen Detention Hearing, with attachment, shall be filed under seal.

DATED this 27th day of February, 2006.

BY THE COURT:

s/ David L. Piester
David L. Piester
United States Magistrate Judge