IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CR3020 |
| | ) | |
| v. | ) | |
| | ) | |
| RAMI NASRI TASHMAN, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED,

On the court's own motion the change of plea hearing is continued to May 18, 2006 at 11:00 a.m.

For this defendant, the time between today's date and the hearing on the anticipated plea of guilty is excluded for purposes of computing the limits under the Speedy Trial Act. See 18 U.S.C. § 3161(h)(1)(I)&(h)(8)(A)(B).

The defendant shall be present at the hearing.

Dated May 8, 2006.

BY THE COURT

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge