IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CR3020 |
| | ) | |
| V. | ) | |
| | ) | |
| RAMI NASRI TASHMAN, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the defendant's motion to extend time to file written objections to the revised presentence investigation report (filing 35) is granted. The defendant's objections to the PSR are due on or before August 25, 2006.

August 24, 2006.                    BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge