IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:06CR3020 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| RAMI NASRI TASHMAN, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1) The government's motion to continue evidentiary hearing and sentencing (filing 40) is granted;

(2) Defendant Tashman's evidentiary hearing and sentencing are continued to Friday, October 6, 2006, from 10:00 a.m. to 12:00 noon, before the undersigned United States District Judge, in Courtroom No. 1, Robert V. Denney Federal Building and United States Courthouse, Lincoln, Nebraska. Since this is a criminal case, the defendant shall be present unless excused by the court.

September 6, 2006.    BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge