IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 4:06CR3020 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER AMENDING ORDER |
| | ) | FOR WRIT OF HABEAS CORPUS |
| RAMI NASRI TASHMAN, | ) | AD TESTIFICANDUM FOR |
| | ) | DAVIDA KUCERA |
| Defendant. | ) | |

ORDER

Upon the oral motion of plaintiff, the order of September 7, 2006, filing 44, is amended to change the name of David Kucera to **Davida** Kucera.

DATED this 12th day of September, 2006.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge