IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CR3020 |
| | ) | |
| V. | ) | |
| | ) | MEMORANDUM |
| RAMI NASRI TASHMAN, | ) | AND ORDER |
| | ) | |
| Defendant. | ) | |

A petition for action on conditions of pretrial release has been filed, essentially alleging that the defendant tried to flee the jurisdiction. This in turn raises the question of whether or not the defendant has engaged in conduct which obstructs justice. I conferred with counsel and the Probation Office today and with their agreement,

IT IS ORDERED that:

(1) The Probation Office shall prepare a revised presentence investigation report addressing whether the defendant should receive an enhancement for obstruction of justice. The Probation Office shall submit the revised presentence investigation report to counsel and the undersigned no later than November 1, 2006.

(2) The parties are given until the end of business on November 13, 2006 to object to the revised presentence investigation report. The court will not issue tentative findings but will resolve all objections to the revised presentence investigation report (including the pending objection to role in the offense) at the evidentiary hearing and sentencing described below.

(3) Sentencing in this matter is rescheduled to November 21, 2006, from 12:00 noon until 2:00 p.m. at which time all objections to the revised presentence investigation report will be resolved. The court will also resolve the petition for action on conditions of pretrial release (filing 48) at that time.

October 5, 2006.   BY THE COURT:
s/ *Richard G. Kopf*
United States District Judge