IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CR3020 |
| | ) | |
| V. | ) | |
| | ) | |
| RAMI NASRI TASHMAN, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the defendant's motion to continue (filing 58) is granted. The defendant's objections to the presentence report shall be filed no later than November 23, 2006. The evidentiary hearing and sentencing in this matter are rescheduled to Monday, December 18, 2006, at 12:00 noon before the undersigned United States district Judge. The defendant shall be present unless excused by the court.

November 14, 2006.   BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge