```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:06CR3020 |
| v. | ) | |
| | ) | |
| RAMI NASRI TASHMAN, | ) | |
| | ) | ORDER |
| Defendant. | ) | |
| | ) | |

Defendant has retained counsel to represent him.

IT THEREFORE HEREBY IS ORDERED,

The motion of Michael J. Tasset to withdraw as counsel for defendant, filing 62, is granted.

DATED this 28th day of November, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge