IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:06CR3020 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| RAMI NASRI TASHMAN, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the defendant's motion for appointment of counsel (filing 74) is denied. There is no pending matter.

July 7, 2008.                           BY THE COURT:

                                         s/ *Richard G. Kopf*
                                         United States District Judge