IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CR3020 |
| | ) | |
| V. | ) | |
| | ) | |
| RAMI NASRI TASHMAN, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

Based upon the government's response (filing 80),

IT IS ORDERED that the defendant's motion for transfer and for appointment of counsel (filing 77) is denied.

DATED this 23rd day of February, 2009.

BY THE COURT:

*S/Richard G. Kopf*
United States District Judge