IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | 4:06CR3020 |
| vs. | ) | |
| | ) | |
| RAMI NASRI TASHMAN, | ) | ORDER |
| | ) | |
| Defendants. | ) | |
| | ) | |

Before the Court is the request for transcript of hearing held on December 18, 2006, filing [64].

IT IS ORDERED:

1. The request for transcript, filing [82] is granted.

2. Michael D. Nelson, is ordered to pay to the Clerk of Court the amount of $187.00. Should the cost of the transcript exceed this amount, the requestor will be required to pay the difference. Likewise, should the cost of the transcript be less than $187.00, a refund check will be issued.

3. Upon receipt of this fee, the Clerk is ordered to prepare a transcript of the hearing held on December 18, 2006. A paper copy of the transcript shall be mailed to the requestor. A copy of this order should also be mailed to the requestor.

Dated: October 31, 2012

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge